**William HANNA, Plaintiff and Appellant,**

v.

**Elmer LAMARR, Defendant and Respondent.**

No. 17829.

Supreme Court of Utah.

May 1, 1984.

Lawrence R. Peterson, Jr., Salt Lake City, for plaintiff and appellant.

L.L. Summerhays, Salt Lake City, for defendant and respondent.

OAKS, Justice.

Plaintiff brought this action to recover for injuries sustained while a guest passenger in a four-wheel-drive vehicle operated by defendant that rolled over while attempting an off-road turn-around.

The trial court granted summary judgment in favor of defendant in reliance upon the Guest Statute, U.C.A., 1953, § 41-9-1. Plaintiff appeals.

*Malan v. Lewis,* Utah, 693 P.2d 661, also filed this day, determines the Guest Statute to be unconstitutional and thereby requires that we vacate a summary judgment relying on that statute.

The case is remanded for trial. No costs awarded.

HALL, C.J., and STEWART, HOWE and DURHAM, JJ., concur.